430

Per Curiam.

(No. 75-CC-414—

Ray Maass, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 24, 1975.*

Ray Maass, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-416—

Edward Don & Company, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed March 24, 1975.*

Edward Don & Company, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.